UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

# A D R REPORT

File Electronically at ADR Documents - ADR Report by Mediator/ Evaluator

---

**Case Number and Name:**   Lois M. Felder
                            vs   Eagle Ridge Institute
                                 CIV-15-860-HE

**Name of Mediator or Evaluator:**   R. Lyle Clemens

**TYPE OF ADR:** (check one)  __X__ Mediation   ____ Early Neutral Evaluation

**ADR Session Held or to be Held (date):** 10/26/15

**Additional Session Held, if any (date):**

**Results of Referral to ADR:**

____ Case settled **before** ADR           ____ Case did **not** settle

**X** Case settled **at** ADR session      ____ Case will not be heard - Reason:

____ Case settled in part - Explain        ____ Other

**Counsel were requested to notify court if case settled or settled in part and to file the appropriate pleadings.**

Did neutral serve pro bono? ____ yes or **x** no (check one)

Status of litigation when ADR occurred (e.g. ____TRO, ____pre-discovery, **X** partial discovery, ____full discovery,

____Trial preparation commenced, ____other (check one)

Length of ADR session: 8.75
Dated: October 27, 2015
s/ R. Lyle Clemens                                                                  Or s/

Mediator/Evaluator (Attorney Bar #11263 )             Mediator (Non-attorney - I certify that I have the signed original of this document, which is available for inspection at any time by the Court or a party to this action.)

**(ATTENTION NEUTRAL: This form is to be FILED ELECTRONICALLY by the neutral immediately upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court. Additional forms may be retrieved from the Court's website at www.okwd.uscourts.gov).**

**ONLY THE NEUTRAL IS TO FILE THIS FORM**
**Any Notes or other information concerning this case that is not to be filed, please send separately to ADR ADMINISTRATOR % Court Clerk, U.S. Courthouse, Room 1210, 200 N. W. 4th Street, Oklahoma City, OK 73102.**