## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LOIS M. FELDER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CIV-15-860-HE |
| | ) | |
| v. | ) | |
| | ) | |
| EAGLE RIDGE INSTITUTE, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 10th DAY OF NOVEMBER, 2015.**

s/ Mark Hammons
Mark Hammons, OBA #3784
Christine Coleman Vizcaino, OBA # 30527
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
mark@hammonslaw.com
christine@hammonslaw.com
*Counsel for Plaintiff*

s/ Courtney Warmington
*(Signed by filing party with permission)*
Leonard Court, OBA #1948
Courtney Warmington, OBA #18486
CROWE & DUNLEVY
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
leonard.court@crowedunlevy.com
courtney.warmington@crowedunlevy.com
*Attorneys for Defendant*